IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARRIS NEWS AGENCY, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM L. BOWERS, Deputy Assistant Director of Industry Operations Bureau of Alcohol Tabacco Firearms and Explosives;<br><br>        Defendant. | **7:13CV5012**<br><br>**ORDER** |

IT IS ORDERED that the parties' joint motion to continue, (Filing No. 25), is granted as follows:

1)      The parties' cross-motions for summary judgment shall be filed by August 25, 2014;

2)      Responsive briefs be filed by September 24, 2014; and

3)      No reply briefs shall be filed without leave of the court for good cause shown.

July 14, 2014.

                                                                                                           BY THE COURT:

                                                                                                           *s/ Cheryl R. Zwart*
                                                                                                           United States Magistrate Judge