IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HARRIS NEWS AGENCY, INC., | ) | 7:13CV5012 |
| --- | --- | --- |
| Petitioner, | ) | |
| | ) | AMENDED |
| v. | ) | JUDGMENT |
| | ) | |
| WILLIAM L. BOWERS, Deputy Assistant Director of Industry Operations Bureau of Alcohol Tabacco Firearms and Explosives, | ) | |
| Respondent. | ) | |

IT IS ORDERED that the parties' joint motion to amend judgment (filing 51) is granted, and that the judgment entered on March 3, 2016 (filing 50), is amended to read as follows:

    IT IS ORDERED that pursuant to the direction of the United States Court of Appeals for the Eighth Circuit, summary judgment is entered for Petitioner and against Respondent, and Respondent's denial of Petitioner's Federal Firearms License application is set aside and held for naught.

DATED this 21st day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge